UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 28 AM 10: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Rudi CORREA-Verjel<br>(AKA): Rudy Vasquez CORREA<br><br><br><br>        Defendant. | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br><br>'08 MJ 2647<br><br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **August 26, 2008**, within the Southern District of California, defendant, **Rudi CORREA-Verjel, (AKA): Rudy Vasquez CORREA,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **August 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

DOA 08/27/08

## PROBABLE CAUSE STATEMENT

On August 26, 2008, the defendant identified as **Rudi CORREA-Verjel, (AKA): Rudy Vasquez CORREA,** was arrested in San Diego, California by the San Diego Police Department Narcotics Task Force in violation of Section 148.9(A) of the California Penal Code: "FALSE ID TO SPECIFIC PEACE OFFICER'S" and booked into San Diego County Jail. On August 26, 2008, a Special Agent with Immigration and Customs Enforcement (ICE) determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from local custody.

On August 27, 2008, the defendant was referred from local custody to ICE custody. A Deportation Officer reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States on or about November 7, 2006 and physically removed to Mexico on or about November 8, 2006 via the Calexico Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Rudi CORREA-Verjel, a citizen and national of Mexico.

_____
SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **August 2008.**

_____
UNITED STATES MAGISTRATE JUDGE